**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 8 November, 20 06 while exercising my duties as a law enforcement officer in the Kent District of DELEWARE

(Your Honor) while responding to the Base Exchange Bldg 446 on Dover AFB store detectives identified to me that they had a white female caught shoplifting. Upon further investigation video tapes confirmed this infraction. Individual was cited.

The foregoing statement is based upon
[X] my personal observation    my personal investigation
[X] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 11/08/2006   Laurance A. Isaac
       Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
       Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVR Scan 12/4/2006  14:36:21

---

**United States District Court** — DE-10
**Violation Notice**

Violation Number: R 3162851
Officer Name (Print): Laurance Isaac    Officer No: I3862

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 11/8/2006 4:16 PM   Offense Charged: [X] CFR [ ] USC   Title 11 Section 840 1990a   State Code

Place of Offense: Agfes Base Exchange Dover AFB DE

Offense Description: Shoplifting; Class G felony; Class A Misdemeanor

**DEFENDANT INFORMATION**
Last Name: Nonaka   First Name: Chelsey   MI: T
Street Address: [REDACTED]
City: Magnolia   State: DE   Zip Code: 19962
Drivers License No: [redacted]   DL State: DE   Social Security No: ___-__-5600
[X] Adult [ ] Juvenile   Sex: [ ] Male [X] Female   Date of Birth: __/__/1987   Hair: Br   Eyes: Bl   Height: 5'7"   Weight: 176

**VEHICLE DESCRIPTION**   VIN:
Tag No:   State:   Year:   Make/Model:   Color:

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT →

**YOUR COURT DATE**
Court Address: U.S. District Court, 844 King St, Wilmington DE 19801
Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

FILED JAN 31 2007  U.S. DISTRICT COURT DISTRICT OF DELAWARE

REDACTED