UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | DAFB VIOLATION # *R3162851* |
| vs. | ) | *(07-18M)* |
| *CHELSEY NONAKA* | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this *31st* day of *January* , **2007**, ORDERED that **Christopher S. Koyste, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

JAN 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE