IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. __R3162851__

__Chelsey T. Nonaka__ :

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for __Chelsey T. Nonaka__.

          COLM F. CONNOLLY
          United States Attorney

BY: _/s/ Khela Von Linsowe_
      KHELA VON LINSOWE, Captain, USAF
      Special Assistant United States Attorney

DATE: August 22, 2007

**IT IS SO ORDERED** this __22ND__ day of __August__ 2007.

          _/s/ Mary Pat Thynge_
          HONORABLE MARY PAT THYNGE
          United States Magistrate Judge

FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE